UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Howard Ramsay,

    Plaintiff,

    v.                                                        Case No. 2:14-cv-858

Commissioner of Social Security,        Judge Michael H. Watson

    Defendant.

## ORDER

On June 5, 2015, United States Magistrate Judge Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation ("R&R") concerning the disposition of Howard Ramsay's ("Plaintiff") Complaint in this social security case. The R&R recommended affirming the decision of the Commissioner of Social Security Administration and overruling Plaintiff's Statement of Errors. R&R 28, ECF No. 16.

The R&R notified Plaintiff of his right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id.* The R&R further specifically advised Plaintiff that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge as well as a waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Plaintiff's Statement of Errors is **OVERRULED**, and the Commissioner's decision is **AFFIRMED**. The Clerk shall enter final judgment in this case.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
**UNITED STATES DISTRICT COURT**